(75 South. 1004)

WESTERN UNION TELEGRAPH CO. v. LOUISVILLE & N. R. CO. (6 Div. 480.) (Supreme Court of Alabama. April 19, 1917.) Appeal from City Court of Birmingham; C. W. Ferguson, Judge. Forney Johnston and W. R. C. Cocke, both of Birmingham, for appellant. Tillman, Bradley & Morrow, of Birming-

ham, and Jones, Thomas & Field, of Montgomery, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.